# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs. | No. 4:17-cr-40014-002 | |
| JAMES MANUEL | | DEFENDANT |

## ORDER AMENDING PRE-TRIAL RELEASE CONDITIONS

On October 10, 2017, the Defendant was released, pre-trial, on certain conditions. ECF No. 18. Defendant now files his Unopposed Motion to Amend Conditions of Release (ECF No. 140) seeking modification of the Court's order setting conditions of release. Defendant asserts in his motion that the supervising United States Probation Officer has no objection to this requested modification. Further, the Government has indicated it does not oppose the requested modification. The Unopposed Motion to Amend Conditions of Release (ECF No. 140) is **GRANTED**.

Accordingly, Condition No. 2 from the Court's Order of February 16, 2018 is **AMENDED** as follows:

    Defendant shall reside at 14723 TC Jester Blvd #237, Houston Texas.

    Defendant is permitted to travel in the following Texas Counties for work purposes: Harris, Montgomery, Galveston, Fort Bend and Liberty. Any other work related travel must be approved by the Pre-trial services officer.

All previous conditions of Defendant's pre-trial release remain in full effect unless specifically modified in this Order;

**Defendant is warned that violation of any of the conditions of his release could result in his release being revoked pending a final trial in this matter.**

**ENTERED this 3rd day of October 2018.**

                                                          /s/ Barry A. Bryant
                                                          HON. BARRY A. BRYANT
                                                          U. S. MAGISTRATE JUDGE